IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| CASSIE HURTADO, JOSHUA RENDON, And JOHN HURTADO, as Next Friend to C.H., A Minor Child; JEREMY LEE, as Next Friend of J.L.; JOSEPH BOYLES<br><br>*Plaintiffs,*<br><br>vs.<br><br>KIA MOTORS AMERICA, INC. and KIA MOTORS CORPORATION,<br><br>*Defendants.* | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:18-CV-00006 |

## JOINT NOTICE OF SETTLEMENT

Now comes Plaintiffs Cassie Hurtado, Joshua Rendon, John Hurtado, as Next Friend of C.H., a Minor Child, Jeremy Lee, as Next Friend of J.L. and Joseph Boyles and Defendants Kia Motors America, Inc. ("KMA") and Kia Motors Corporation ("KMC") and give notice that the Parties have reach a settlement in this case that will dispose of all claims brought by Plaintiffs against Defendants in this matter.

The Parties are filing a Motion to Appoint Guardian *Ad Litem* to represent the minor Plaintiffs in this case and anticipate that a prove-up hearing can be scheduled within 90 days of the appointment of a Guardian *ad litem*.

Respectfully submitted,

/s/ Andrew Counts
E. Todd Tracy
Email:  etoddtracy@vehiclesafetyfirm.com
Andrew Counts
Email:  acounts@vehiclesafetyfirm.com
THE TRACY FIRM
4701 Bengal Street

Dallas, TX 75235
PH: (214) 324-9000
Fax: (972) 387-2205

- and -

Juan C. Hernandez
State Bar No. 240022470
8111 LBJ Freeway, Suite 1065
Dallas, TX 75251
Telephone: (214) 900-0000
Fax: (972) 235-4454
ATTORNEYS FOR PLAINTIFFS


/s/ Daniela Gonzáles Aldape
David M. Prichard
State Bar No. 16317900
Email: dprichard@prichardyoungllp.com
Daniela Gonzáles Aldape
State Bar No. 24036651
Email: daladape@prichardyoungllp.com
PRICHARD YOUNG, LLP
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 477-7400
Telefax: (210) 477-7450
ATTORNEYS FOR DEFENDANTS