IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CASSIE HURTADO, JOSHUA RENDON, and JOHN HURTADO *(as Next Friend to C.H., a Minor child)*, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIA MOTORS AMERICA, INC. and KIA MOTORS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-CV-006-C |

## ORDER

The Court, having considered the Parties' Joint Notice of Settlement, filed June 13, 2019, hereby **ORDERS** that the trial setting of September 3, 2019, be **VACATED**.[1] The Parties are **ORDERED** to file a motion requesting a hearing to approve their settlement agreement on or before 90 days from the date of this Order.

SO ORDERED this 17th day of June, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The parties have indicated to the Court that they have settled this civil action. Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated.